IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| LARYIE EARL JONES, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) 2:05-CV-0005-F |
| | ) WO |
| ANTHONY CLARK, *et al.*, | ) |
| | ) |
| Defendants. | ) |

# **ORDER**

There being no objections filed to the Recommendation of the Magistrate Judge filed herein on March 22, 2005 (Doc. 26), and upon an independent review of the file in this case, said Recommendation is hereby adopted, and it is the

ORDER, JUDGMENT and DECREE of the court that:

1. Plaintiff's claims against Defendant Merrel are dismissed with prejudice pursuant to 28 U.S.C. § 1915(e)(2)(B);

2. Defendant Merrel is dismissed as a party to this case, and

3. This case with respect to the remaining defendants is referred back to the Magistrate Judge for further proceedings.

Done this 21st day of April, 2005.

                                                                    /s/ Mark E. Fuller
                                         CHIEF UNITED STATES DISTRICT JUDGE