IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA OF
NORTHERN DIVISION

| | |
|---|---|
| LARYIE EARL JONES, ) | |
| ) | |
| Plaintiff, ) | |
| v. ) | CASE NO. 2:05-cv-005-F |
| ) | WO |
| ANTHONY CLARK, *et al.,* ) | |
| ) | |
| Defendants. ) | |

# **O R D E R**

After an independent review of the file, it is the ORDER, JUDGMENT and DECREE of the court that:

(1) The plaintiff's objection (Doc. #32) to the Recommendation of the Magistrate Judge (Doc. #26) filed on April 11, 2005 is overruled;

(2) The Recommendation of the Magistrate Judge entered on March 22, 2005 is adopted;

(3) Plaintiff's claims against defendant Merrel are DISMISSED with prejudice pursuant to 28 U.S.C. § 1915(e)(2)(B).

(4) Defendant Merrel is DISMISSED as a party to this case.

(5) This case, with respect to the remaining defendants, is referred back to the magistrate judge for further proceedings.

DONE this 4th day of May, 2005.

/s/ Mark E. Fuller
CHIEF UNITED STATES DISTRICT JUDGE