IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA OF
NORTHERN DIVISION

LARYIE EARL JONES,                    )
                                      )
        Plaintiff,                    )
v.                                    )      CASE NO.  2:05-cv-0005-MEF
                                      )                WO
ANTHONY CLARK, *et al.,*              )
                                      )
        Defendants.                   )

# O R D E R

After an independent review of the file, it is the ORDER, JUDGMENT and DECREE of the court that:

1.  The plaintiff's objection (Doc. #52) to the Recommendation of the Magistrate Judge filed on March 6, 2007 is OVERRULED;

2.  The Recommendation of the Magistrate Judge (Doc. #51) entered on February 20, 2007 is ADOPTED;

3.  The motions for summary judgment filed by defendants (Doc. #24, 30) are GRANTED.

4.  This case is DISMISSED with prejudice.

5.  The costs of this proceeding are taxed against the plaintiff for which execution may issue.

DONE this 27th day of March, 2007.

                        _____
                              /s/ Mark E. Fuller
                        CHIEF UNITED STATES DISTRICT JUDGE